## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela Lynn Moses <br> <u>Debtor(s)</u> | BKY. NO. 15-05209 MDF <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 6355

                                    Respectfully submitted,

                                    **/s/ Thomas Puleo**
                                    Thomas Puleo, Esquire
                                    James C. Warmbrodt, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 825-6306  FAX (215) 825-6406
                                    Attorney for Movant/Applicant