# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Angela Lynn Moses<br>Debtor(s) | BK NO. 15-05209 RNO<br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                          Respectfully submitted,

                          **/s/ James C. Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106
                        412-430-3594