In re:                                                                      Case No. 15-05209-RNO
Angela Lynn Moses                                                           Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh          Page 1 of 1              Date Rcvd: Oct 20, 2017
                              Form ID: ordsmiss       Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
db              +Angela Lynn Moses,    58 Allen Drive,    Hanover, PA 17331-9374
cr              +Ditech Financial LLC,    14841 Dallas Parkway, Suit 300,    Dallas, TX 75254-7883
4729428         +Credit Acceptance,    P O Box 513,    Southfield, MI 48037-0513
4730034         +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
4729430         +Michael Moses,    102 Lion Drive,    Hanover, PA 17331-3820

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4773138          E-mail/Text: bankruptcy.bnc@ditech.com Oct 20 2017 18:54:37     DITECH FINANCIAL LLC,
                  P.O. BOX 6154,    RAPID CITY, SD 57709-6154
4729429          E-mail/Text: bankruptcy.bnc@ditech.com Oct 20 2017 18:54:37     Green Tree,    P O Box 94710,
                  Palatine, IL 60094-4710
                                                                                        TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                    Signature:   /s/Joseph Speetjens

────────────────────────────────────────────────────────────────────────────────

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Joshua I Goldman   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Larry W. Wolf   on behalf of Debtor 1 Angela Lynn Moses ephillips@larrywwolf.com
              Thomas I Puleo   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Angela Lynn Moses
**Debtor(s)**

Chapter 13

Case No. 1:15−bk−05209−RNO

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: October 20, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk